**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**JAMES V. BILEK**, Deputy City Attorney (SBN 286291)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7025
Fax No.: (213) 978-8785
Email: James.Bilek@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE LYNN OTTAVIANO, an Individual; and ALBERT DONNAY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a Public Entity; LOS ANGELES POLICE DEPARTMENT, a Public Entity; and DOE OFFICERS 1-10;<br><br>Defendants. | CASE NO.<br><br>**LASC CASE NO. 22STCV06856**<br>*[Action Filed: February 24, 2022]*<br>[Assigned: Hon. Barbara M. Scheper Dept. 30]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF JAMES V. BILEK; AND SUPPORTING EXHIBITS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendants **CITY OF LOS ANGELES** and **LOS ANGELES POLICE DEPARTMENT** ("CITY DEFENDANTS"), hereby remove this action from the Superior Court for the State of California, County of Los Angeles to the United States District Court for the Central District of California. The removal is made pursuant to 28 U.S.C. § 1446(a), on the facts set forth below:

///

1

1. The CITY DEFENDANTS are named defendants in this civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *Yvonne Lynn Ottaviano, et al. vs. City of Los Angeles, et al.,* Superior Court Case No. 22STCV06856 (hereinafter "Plaintiffs' Complaint"). Plaintiffs filed their Complaint on February 24, 2022. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiffs' Complaint (Exhibit 1); Summons (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Notice of Case Assignment – Unlimited Civil Case (Exhibit 5); Notice of Case Management Conference (Exhibit 6); First Amended General Order (Exhibit 7); General Order Re Use of Voluntary Efficient Litigation Stipulations (Exhibit 8); Voluntary Efficient Litigation Stipulations (Exhibit 9); Stipulation - Discovery Resolution (Exhibit 10); Informal Discovery Conference (Exhibit 11); Stipulation - Early Organizational Meeting (Exhibit 12); Stipulation and Order - Motions in Limine (Exhibit 13); Alternative Dispute Resolution (ADR) Information Package (Exhibit 14); Proof of Service of Summons – City of Los Angeles (Exhibit 15); and Proof of Service of Summons – Los Angeles Police Department (Exhibit 16).

2. This action meets the original jurisdiction requirements of 28 USC § 1441(a) and is removable by CITY DEFENDANTS pursuant to 28 USC § 1446(a). A case is removable from state to federal court if the action could have been originally commenced in federal court. 28 USC § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 US 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court. *La Chemise Lacoste v. Alligator Co.,* 506 F.2d 339, 343-44 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *Id.* Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 USC § 1983. *See* 28 USC § 1343(a)(3). Moreover, the

1. Code confers original jurisdiction in the district courts over all actions involving federal questions. *See* 28 USC § 1331.

3. The gravamen of this action is the federal civil rights claims set forth in the first, second and third causes of action of Plaintiffs' Complaint.

4. A state law claim is also asserted in the fourth cause of action of Plaintiffs' Complaint. When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims but all pendent state claims "that are so related to claims in the action . . . that they form part of the same case or controversy . . . ." *See* 28 USC § 1367(a).

5. The CITY OF LOS ANGELES and the LOS ANGELES POLICE DEPARTMENT were served with Plaintiffs' Complaint on March 11, 2022, and consent to this removal. (See Declaration of James V. Bilek).

6. Further, other than those persons identified above and the persons identified in the caption as "DOE OFFICERS 1-10" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed. (See Declaration of James V. Bilek).

7. The Notice of Removal is filed with this Court within 30 days after the CITY OF LOS ANGELES and the LOS ANGELES POLICE DEPARTMENT were served with Plaintiffs' Complaint on March 11, 2022. (See Declaration of James V. Bilek).

8. The Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Los Angeles.

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States

///
///
///
///

District Court for the Central District of California.

Dated: April 8, 2022          Respectfully submitted,

**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney


By: _/s/ James V. Bilek_____
    **JAMES V. BILEK,** Deputy City Attorney

*Attorneys for Defendants,* **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

# DECLARATION OF JAMES V. BILEK

I, JAMES V. BILEK, do hereby declare that I have personal knowledge of the facts set forth herein and that if called as a witness in this case, I could and would competently testify as follows:

1. I am a Deputy City Attorney for the City of Los Angeles. In that capacity, I have been assigned to assist in representing Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT in the case of *Yvonne Lynn Ottaviano, et al. vs. City of Los Angeles, et al.,* Superior Court Case No. 22STCV06856, now pending in the Los Angeles Superior Court.

2. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiffs' Complaint (Exhibit 1); Summons (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Notice of Case Assignment – Unlimited Civil Case (Exhibit 5); Notice of Case Management Conference (Exhibit 6); First Amended General Order (Exhibit 7); General Order Re Use of Voluntary Efficient Litigation Stipulations (Exhibit 8); Voluntary Efficient Litigation Stipulations (Exhibit 9); Stipulation - Discovery Resolution (Exhibit 10); Informal Discovery Conference (Exhibit 11); Stipulation - Early Organizational Meeting (Exhibit 12); Stipulation and Order - Motions in Limine (Exhibit 13); Alternative Dispute Resolution (ADR) Information Package (Exhibit 14); Proof of Service of Summons – City of Los Angeles (Exhibit 15); and Proof of Service of Summons – Los Angeles Police Department (Exhibit 16).

3. The CITY OF LOS ANGELES and the LOS ANGELES POLICE DEPARTMENT were served with Plaintiffs' Complaint on March 11, 2022, and consent to this removal. Attached hereto as Exhibits 17 and 18 are true and correct copies of the Summons served on Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT.

4. Further, other than those persons identified above and the persons identified in the caption as "DOE OFFICERS 1-10" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

5. The Notice of Removal is filed with this Court within 30 days after the CITY OF LOS ANGELES and the LOS ANGELES POLICE DEPARTMENT were served with Plaintiffs' Complaint on March 11, 2022.

6. The Notice of Removal is being filed in this Court and in the Los Angeles Superior Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on April 6th, 2022, at Los Angeles, California.

    /s/ James V. Bilek
JAMES V. BILEK, Declarant

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, California. I am over the age of 18 and not a party to the within action; my business address is: Office of the City Attorney, 200 N. Main Street, City Hall East, 6th Floor, Los Angeles, CA 90012.

On April 8, 2022, I served copies of the following document(s) described as: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF JAMES V. BILEK; AND SUPPORTING EXHIBITS** on the interested party(ies) in this action as follows:

### SEE ATTACHED SERVICE LIST

[X] **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **FEDERAL:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of April, 2022 at Los Angeles, California.

_____
IGNACIO GUERRERO

## SERVICE LIST

Ben Meiselas, Esq.
Daniel Tapetillo, Esq.
GERAGOS & GERAGOS, APC
Historic Engine Co. No. 28
644 S. Figueroa St.
Los Angeles, CA 90017-3411
Telephone: (213) 625-3900
Facsimile: (213) 232-3255
Email: geragos@geragos.com

*Attorneys for Plaintiff,* **YVONE LYNN OTTAVINO**

Greg L. Kirakosian, Esq.
KIRAKOSIAN LAW, APC
Historic Engine Co. No. 28
644 S. Figueroa St.
Los Angeles, CA 90017-3411
Telephone: (213) 417-9790
Facsimile: (213) 417-2355
Email: greg@kirakosianlaw.com

*Attorney for Plaintiff,* **ALBERT DONNAY**