**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YVONNE LYNN OTTAVIANO, *et al.*, | ) Case No. CV 22-2384-DMG (AGRx) |
| Plaintiffs, | ) **JUDGMENT** |
| vs. | ) |
| CITY OF LOS ANGELES, *et al.*, | ) |
| Defendants. | ) |

Pursuant to the Court's Order granting Defendants' motion for summary judgment [Doc. # 85], filed July 5, 2024,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants City of Los Angeles, Won Kim, Aldo Ruiz, Ambyr Burrus, and Robert Madrid, and against Plaintiff Yvonne Lynn Ottaviano.

DATED: July 5, 2024

*Dolly M. Gee*

DOLLY M. GEE
Chief United States District Judge